UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * *

United States of America,

        Plaintiff,

vs.                            ORDER ADOPTING
                               REPORT AND RECOMMENDATION

Timothy Owen Rootes,            Crim. No. 18-312 (MJD/LIB)

        Defendant.

* * * * * * * * * * * * * * * *

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated April 5, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order: **IT IS ORDERED**:

The Court ADOPTS the April 5, 2019 Report and Recommendation [Docket No. 30], and Defendant's Motion to Suppress Evidence Obtained Through Illegal Search and Seizure [Docket No. 21] is DENIED.

DATED: April 23, 2019                          s/ Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis
                                                United States District Court Judge